**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **BSG TECH LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 2:15-CV-1143** |
| | § | |
| **AMERICAN APPAREL, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Pursuant to Defendant American Apparel, Inc.'s Notice of Bankruptcy (Docket No. 13) and 11 U.S.C. § 362, the above-styled action is **STAYED** and shall be **ADMINISTRATIVELY CLOSED**. The parties are **ORDERED** to notify the Court when the underlying issues have been resolved and they are ready to proceed with this lawsuit so that it may be placed back on the active docket.

**SIGNED this 2nd day of December, 2015.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE